

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00415-CV

Lilian Gloria **BOWLES**,
Appellant

v.

Simon David **BOWLES**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-11389
Honorable Christine Vasquez-Hortick, Judge Presiding

PER CURIAM

Sitting:     Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

Delivered and Filed: December 18, 2024

DISMISSED FOR LACK OF JURISDICTION

Appellant Lilian Gloria Bowles filed a notice of appeal attempting to appeal the trial court's final divorce decree but stated in her notice of appeal that the final divorce decree "has not yet been signed" by the trial court. The clerk's record does not contain a final appealable judgment.

On September 17, 2024, we issued an order stating we did not have jurisdiction over this appeal absent a final judgment and ordering appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. *See CMH Homes v. Perez*, 340 S.W.3d 444, 447 (Tex. 2011) ("Unless a statute authorizes an interlocutory appeal, appellate courts generally only have

jurisdiction over final judgments."); *In re A.H.L.*, No. 04-22-00002-CV, 2022 WL 849760, at *1 (Tex. App.—San Antonio Mar. 23, 2022, no pet.) (mem. op.).

On October 1, 2024, appellant Bowles filed a response to our motion acknowledging the trial court still had not signed the final divorce decree but requesting this court maintain the appeal pending the trial court's ruling on several motions she filed with the trial court.

Because there is no final appealable judgment, we accordingly dismiss this appeal for lack of jurisdiction.[1] *See* Tex. R. App. P. 42.3(a), (c).

PER CURIAM

---

[1] On December 2, 2024, appellee Simon David Bowles filed a motion to dismiss the appeal for lack of jurisdiction. We dismiss appellee's motion as moot.